UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MICHAEL CABRERA and PAMELA CABRERA, | * * * | DOCKET NO. 1:12-CV-425 |
| Plaintiffs, | * | |
| vs. | * * | JURY DEMAND |
| PENSKE LOGISTICS, LLC, and PENSKE TRUCK LEASING CO., LP, | * * * | JUDGE CARTER |
| Defendants. | * | |

MEMORANDUM AND ORDER

Defendants have informed the Court that, pursuant to the undersigned's order entered on October 9, 2013, they have provided the plaintiff with "photographs taken by Penske agents within 48 hours after the accident which reveal physical evidence that cannot be duplicated by photographs of the accident scene taken more than 48 hours after the accident;" *namely*, photographs which would evince any blood or skin particles on the pavement where plaintiff was hit and dragged by the truck in question. Defendants have submitted for an *in camera* review the remaining photographs taken by its agent or agents of the accident scene within 48 hours of the January 4, 2012 accident. Having reviewed these photographs *in camera*, the undersigned concludes none of these remaining photographs contain information which could not be obtained by plaintiff's counsel through his own reasonable efforts. Accordingly, the undersigned concludes defendants have complied with the undersigned's October 9, 2013 order.

ENTER.

S /William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE